**United States District Court Southern District of New York**

Fernando Hart and Salewa Thomas

**07CIV8382**

Plaintiff

v.

**SUMMONS AND COMPLAINT**

MTI Computer Services Inc

Defendant

---

State of New York, County of Nassau ss:                                         AFFIDAVIT OF SERVICE

**DAVID LEVINE** being duly sworn, deposes and says that deponent is a licensed process server; that deponent is not a party to the proceeding; that deponent is over the age of 18 years and resides in the County of **NASSAU**.
On **10/18/2007** at **12:17 PM** at **111 Eighth Avenue, New York, NY 10011** (the Premises) deponent served the within **SUMMONS AND COMPLAINT ON MTI Computer Services Inc c/o CT Corportation System Inc**

☐ **PERSONAL SERVICE**            by delivering a true copy to said respondent personally; deponent knew the person so served to be the person described as the respondent herein.  Said person described below

☐ **SUBSTITUTE SERVICE**          by delivering a true copy(ies) for each named tenant/occupant of said paper to a person of suitable age and discretion who resided / was employed at the premises and who was willing to receive same.
Said person gave the name of  and is described below.

☑ **CORPORATION** a domestic corp. by delivering a true copy of said paper to **Sabrina Ambroise-authorized to accept service**.

**Managing Agent** employed at the premises and willing to receive same. Said person is described below

| | | | | |
|---|---|---|---|---|
| ☐ Male | ☐White Skin | ☑Black Hair | ☐18-24 yrs. | ☐Under 5' | ☐Under 100 lbs. |
| ☑ Female | ☑Black Skin | ☐Brown Hair | ☑25-35 yrs. | ☐5'0"-5'3" | ☑100-130 lbs. |
| | ☐Yellow Skin | ☐Blonde Hair | ☐36-50 yrs. | ☑5'4"-5'8" | ☐131-160 lbs. |
| | ☐Brown Skin | ☐Gray Hair | ☐51-65 yrs. | ☐5'9"-6'0" | ☐161-200 lbs. |
| | ☐Red Skin | ☐Red Hair | ☐Over 65 yrs. | ☐Over 6' | ☐Over 200 lbs. |

☐ **CONSPICUOUS** by affixing a true copy(ies) for each named tenant / occupant upon a conspicuous part of Premises to wit: the entrance door/apartment door of said property.  Deponent was unable to find person of suitable age and discretion willing to receive said paper having called and made attempts of service there on:
**10/18/2007 at 12:17 PM**

**MAILING** Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above intended recipient at **111 Eighth Avenue, New York, NY 10011** and deposited said wrapper in a (post office) official depository under exclusive care and custody of the United States Postal Service within New York on **10/19/2007**.
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Sworn to before me on **10/19/2007**

Francine P. Costa
Notary Public, State of New York
No. 41-4976632
Qualified In Queens County
Commission Expires January 22, 2011

DAVID LEVINE 778982