**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FERNANDO HART and SALEWA THOMAS,

                            Plaintiffs,

-against-

MTI COMPUTER SERVICES, INC.,

                           Defendant.

Civil Action No.:  CV 07-8382

**MOTION TO EXTEND THE
DEADLINE TO ANSWER,
MOVE OR OTHERWISE
RESPOND TO THE
COMPLAINT**

        Defendant, MTI Computer Services, Inc. ("Defendant"), by and through its undersigned counsel, hereby moves the Court to extend the deadline for Defendant to answer, move or otherwise respond to the Complaint from November 7, 2007 to and including November 28, 2007.  In support of this request, Defendant states as follows.

        1.     This is Defendant's first motion to extend the deadline for Defendant to answer, move or otherwise respond to the Complaint.

        2.     Defendant makes this request so that it will have a sufficient amount of time to conduct a background investigation, collect the pertinent information and documents, evaluate the factual and legal issues, and determine the appropriate response to the Complaint.

        3.     Plaintiff's counsel has indicated that he stipulates to this request as long as Defendant agrees it will not raise any defenses as to proper service of the Complaint upon it. Defendant has agreed that it will not raise any defenses as to proper service of the Complaint upon it.

        4.     No other dates have been scheduled in this case.

JACKSON LEWIS LLP
    59 Maiden Lane
    New York, New York 10038-4502
    (212) 545-4022

Dated: November 6, 2007    By: _____
    New York, New York
             Jennifer Courtian

ATTORNEYS FOR DEFENDANT MTI COMPUTER
SERVICES, INC.

LAW OFFICES OF JONATHAN WEINBERGER
    880 Third Avenue
    13th Floor
    New York, New York 10022
    (212) 752-3580

Dated: November 6, 2007    By: _____
    New York, New York
             Jonathan Weinberger

ATTORNEYS FOR PLAINTIFFS

It is SO ORDERED
this _____ day of _____, 2007

_____
           U.S.D.J.

2