UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO HART and SALEWA THOMAS,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>MTI COMPUTER SERVICES, INC.,<br><br>                    Defendant. | Civil Action No.: CV 07-8382<br><br>**SECOND MOTION TO EXTEND THE DEADLINE TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

       Defendant, MTI Computer Services, Inc. ("Defendant"), by and through its undersigned counsel, hereby moves the Court to extend the deadline for Defendant to answer, move or otherwise respond to the Complaint from November 28, 2007 to and including December 5, 2007. In support of this request, Defendant states as follows.

       1.     This is Defendant's second motion to extend the deadline for Defendant to answer, move or otherwise respond to the Complaint.

       2.     Defendant makes this request so that Defendant's counsel will have a sufficient amount of time to review the factual background, draft the response to the Complaint, and review it for accuracy with Defendant. Moreover, due to the upcoming holiday and accompanying days away from the office, Defendant's counsel will be unable to review the draft response with the client and finalize it before the current due date of November 28, 2007.

       3.     Plaintiff's counsel has indicated that he stipulates to this request as long as Defendant agrees it will not raise any defenses as to proper service of the Complaint upon it. Defendant has agreed that it will not raise any defenses as to proper service of the Complaint upon it.

       4.     No other dates have been scheduled in this case.

|  |  |
|---|---|
| | JACKSON LEWIS LLP<br>59 Maiden Lane<br>New York, New York 10038-4502<br>(212) 545-4022 |
| Dated: November 20, 2007<br>New York, New York | By: _____<br>Jennifer Courtian |

ATTORNEYS FOR DEFENDANT MTI COMPUTER SERVICES, INC.

|  |  |
|---|---|
| | LAW OFFICES OF JONATHAN WEINBERGER<br>880 Third Avenue<br>13th Floor<br>New York, New York 10022<br>(212) 752-3380 |
| Dated: November 20, 2007<br>New York, New York | By: _____<br>Jonathan Weinberger |

ATTORNEYS FOR PLAINTIFFS

It is SO ORDERED
this _____ day of _____, 2007

_____
U.S.D.J.