JACKSON LEWIS LLP
59 Maiden Lane
40th Floor
New York, New York 10038
(212) 545-4000
Attorneys of Record
     Jennifer B. Courtian (JC 3165)
     Allison C. Spivak (AS 1628)

ATTORNEYS OF RECORD FOR
DEFENDANT MTI COMPUTER SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO HART and SALEWA THOMAS, <br><br> Plaintiffs, <br><br> -against- <br><br> MTI COMPUTER SERVICES, INC., <br><br> Defendant. | Civil Action No.: 07 CV 8382 <br><br> **RULE 7.1 STATEMENT OF DEFENDANT MTI COMPUTER SERVICES, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant MTI Computer Services, Inc. hereby certifies that there is no parent corporation or publicly held corporation that owns 10% or more of the stock of Defendant MTI Computer Services, Inc.

Respectfully submitted,

JACKSON LEWIS LLP
59 Maiden Lane, 39th Floor
New York, New York 10038-4502
(212) 545-4000

Dated: December 4, 2007
     New York, New York

By: _____
     Jennifer B. Courtian (JC 3165)
     Allison C. Spivak (AS 1628)
     ATTORNEYS FOR DEFENDANT