# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

FERNANDO HART and SALEWA THOMAS,

Plaintiffs,

-against-

MTI COMPUTER SERVICES, INC.,

Defendant.

Case Number: 07 CV 8382 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant MTI Computer Services, Inc.

I certify that I am admitted to practice in this court.

March 12, 2008
Date

_[Signature]_
Signature

Allison C. Spivak, Esq. (AS1628)
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York,    NY            10038
City         State         Zip Code

212-545-4000                212-972-3213
Phone Number                Fax Number