Law Offices of
# JONATHAN WEINBERGER

880 Third Avenue
13th Floor
New York, New York 10022

Tel: (212)752-3380

Fax: (212) 308-3145

BY TELECOPIER
805-7948

September 9, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08

RECEIVED SEP -9 2008
CHAMBERS OF
RICHARD J. HOLWELL

Judge Richard J. Holwell
United States District Judge
500 Pearl Street
New York, New York 10007

RE: *FERNANDO HART and SALEWA THOMAS v. MTI COMPUTER SERVICES, INC.*, Index No. 07 CV 8382

Dear Judge Holwell,

We represent plaintiff.

I am pleased to let the Court know that the parties have reached a settlement in the above case, and are in the process of finalizing the documentation. We anticipate that a stipulation of dismissal will shortly be submitted.

In light of the above, we request that the Court cancel the conference scheduled for September 12, 2008.

Counsel for defendant concurs in this request.

Thank you for your attention to this matter.

Respectfully yours,

Jonathan Weinberger

cc: JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
By email

SO ORDERED

[signature]

USDJ
9/10/10